**Order filed February 15, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00973-CR**

_____

**CHRISTOPHER SHANE ARTZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCR-067131**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #11, a Compact Disk containing an interview of Christopher Artz.**

The clerk of the 240th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #11, a Compact Disk containing an interview of Christopher Artz, on or before **February 21, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #11, a Compact Disk containing an interview of Christopher Artz, to the clerk of the 240th District Court.


PER CURIAM